UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BOSE CORPORATION, a Delaware Corporation,

          **Plaintiff,**

v.                                Case No: 16-cv-2150-CEH-AAS

558 EAGLE LAKE PARTNERS, LLC, a Florida Limited Liability Company, ANWAR ALNOBANI, an Individual, and ALLEN FERDINAND, an Individual,

          **Defendants.**

## JOINT STATUS REPORT IN RESPONSE TO COURT'S NOVEMBER 28, 2016 ORDER

Defendant 558 Eagle Lake Partners, LLC ("558 Eagle Lake"), by and through its undersigned counsel, and Plaintiff, Bose Corporation ("Bose"), by and through its undersigned counsel, hereby provide the following report concerning the status of mediation in response to this Court's November 28, 2016 Order (Doc. No. 29).

On November 14, 2016, 558 Eagle Lake and Bose participated in a mediation conducted by Lawrence H. Kolin. The parties were unable to reach a settlement at the mediation. The parties have subsequently continued settlement negotiations, but have been unable to settle this matter.

Respectfully submitted this 9th day of December, 2016.

| | |
|---|---|
| /s/ Robert H. Thornburg | /s/ Stephanie M. Boomershine |
| Robert H. Thornburg | Stephanie M. Boomershine |
| Florida Bar No. 630829 | Florida Bar No.: 0046667 |
| Email: rthornburg@addmg.com | E-mail: sboomershine@boginmunns.com |
| **ALLEN, DYER, DOPPELT, MILBRATH & GILCHRIST, P.A.** | **BOGIN, MUNNS & MUNNS, P.A.** |
| 1221 Brickell Avenue, Suite 2400 | 2601 Technology Drive |
| Miami, FL 33131 | Orlando, Florida 32804 |
| Telephone: 305-374-8303 | (407) 578-1334- Office |
| Facsimile: 305-374-8306 | (407) 578-2181- Facsimile |
| *Attorneys for Plaintiff* | *Counsel for Defendant,* |
| *BOSE CORPORATION* | *558 Eagle Lake Partners, LLC* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 9, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically sends notification of such filing to all attorneys of record in this action. I further certify that the foregoing was served via U.S. First Class Mail on co-Defendant Allen Ferdinand at 918 25th Street, Winter Haven, FL 33881.

/s/ Stephanie M. Boomershine