## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

### CLERK'S MINUTES
### Motion Hearing

**Case Number: 8:16-cv-2150-T-36AAS**

| | |
|---|---|
| **BOSE CORPORATION,** | **Plaintiff's Counsel:** Robert H. Thornburg |
| **Plaintiff,** | |
| v. | |
| **558 EAGLE LAKE PARTNERS, LLC, ANWAR ALNOBANI and ALLEN FERDINAND,** | **Defense Counsel:** Stephanie Marie Boomershine |
| **Defendants.** | |

| Judge: | **Charlene Edwards Honeywell** | Court Reporter: | Sharon Miller |
|---|---|---|---|
| Deputy Clerk: | Bettye G. Samuel | Interpreter: | N/A |
| Date: | January 30, 2017 | Time: | 11:33 – 11:43 (total 10 min) |

### TELEPHONIC HEARING ON MOTION
Joint Notice of Settlement and Motion for Entry of Consent Final Judgment between Plaintiff Bose Corporation and Defendant 558 Eagle Lake Partners, LLC (Doc. 31)

This matter came before the Court on the parties' Joint Notice of Settlement and Motion for Entry of Consent Final Judgment between Plaintiff Bose Corporation and Defendant 558 Eagle Lake Partners, LLC.

Plaintiff's counsel clarifies language pertaining to paragraph 7 of the Proposed Consent Final Judgment before the Court.

The Court advises parties that it will not enter a consent final judgment as to 558 Eagle Lake Partners, LLC, because it is the Court's practice to resolve the case as to all defendants for reasons stated on the record. Additionally, the Court advises the parties that it will not enter an unlimited request to retain jurisdiction for reasons stated on the record.

Court adjourned.